```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 21415
   BARBARA A GOLDMAN
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR
          Debtor
   SSN XXX-XX-3851


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/03/04 and confirmed on 10/08/04.

     2.  The case was dismissed after confirmation, 03/14/2008.

     3.  The Debtor paid a total of $    5210.50 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
---------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED            4300.00        833.93         1084.53
ASPIRE VISA                UNSECURED           313.46           .00             .00
CAPITAL ONE FINANCIAL      UNSECURED           459.01           .00             .00
CHECK INTO CASH            UNSECURED         NOT FILED          .00             .00
MCHENRY INTERNAL MEDICIN   UNSECURED         NOT FILED          .00             .00
WILLIAM DAM MD             UNSECURED         NOT FILED          .00             .00
FOX LAKE ANIMAL HOSPITAL   UNSECURED         NOT FILED          .00             .00
FOX LAKE FORD              UNSECURED         NOT FILED          .00             .00
HSBC                       UNSECURED         NOT FILED          .00             .00
MANAGEMENT SPECIALISTS     UNSECURED           3280.00          .00             .00
MERRICK BANK               UNSECURED            862.00          .00             .00
UNIVERSAL CASH LOANS       UNSECURED         NOT FILED          .00             .00
SCHOTTLER & ZUKOSKY        REMOVED UNSEC         .00            .00             .00
AMERICAN GENERAL FINANCE   UNSECURED           3043.54          .00             .00
ROBERT F HALL JR MD        UNSECURED            103.20          .00             .00
ZALUTSKY & PINSKI          REIMBURSEMENT        194.00          .00           194.00
          Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER          TOTAL

TOTAL CLMS ALLOWED  4300.00       194.00      8061.21          .00        12555.21
PRINCIPAL PAID      1084.53       194.00          .00          .00         1278.53
INTEREST PAID        833.93          .00          .00          .00          833.93
TOTAL PAID          1918.46       194.00          .00          .00         2112.46
The Debtor's attorney, ZALUTSKY & PINSKI           , was allowed $   2859.75
and was paid $   2859.75 .

The Trustee received $     238.29 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/23/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 04 B 21415 BARBARA A GOLDMAN